**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **CHYNGYZBEK MATKERIMOV #A249-260-199** | **CASE NO.  1:26-CV-00302 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **E GARCIA ET AL** | **MAGISTRATE JUDGE DAVID J. AYO** |

**JUDGMENT**

Upon considering the Report and Recommendation of the Magistrate Judge [Doc. No. 15], noting no written and filed objections thereto, and after an independent review of the record, agreeing with the Magistrate Judge's findings of fact and conclusions of law,

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that *pro se* Petitioner Chyngyzbek Matkerimov's Petition for Writ of Habeas Corpus [Doc. No. 1] is **DENIED** and **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

MONROE, LOUISIANA, this 18th day of May 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE